No. 74–5012. SHOLARS *v.* MATTER ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5166. HARRIS *v.* PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1679. LINDA POLLIN MEMORIAL HOUSING CORP. ET AL. *v.* MARSHALL ET AL.; and

No. 73–1680. TENANTS' COUNCIL OF TIBER ISLAND-CARROLLSBURG SQUARE ET AL. *v.* LYNN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. D. C. Cir. Motion of respondents Marshall et al. for leave to proceed *in forma pauperis* in No. 73–1679 granted. Certiorari denied. Reported below: No. 73–1679, 162 U. S. App. D. C. 56, 497 F. 2d 643; No. 73–1680, 162 U. S. App. D. C. 61, 497 F. 2d 648.